UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUZANNE BERKOSKI, as Administrator of the Estate of
PETER BERKOSKI, deceased, and SUZANNE
BERKOSKI, individually,

Docket No.: 16-cv-01689

**NOTICE OF APPEARANCE**

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.
------------------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record.

**PLEASE TAKE NOTICE**, that I, MICHAEL C. O'MALLEY, ESQ, am admitted to practice in this Court and I appear in the above-captioned action as Counsel and attorneys for plaintiffs, SUZANNE BERKOSKI, as Administrator of the Estate of PETER BERKOSKI, deceased, and SUZANNE BERKOSKI, individually.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action must also be served upon DELL & DEAN, PLLC.

Dated: Garden City, NY
February 6, 2017

Yours, etc.

_____
Joseph G. Dell, Esq.(JD-7315)
Michael C. O'Malley (MO-0317)
DELL & DEAN, PLLC
Attorney for Plaintiff
SUZANNE BERKOSKI, as Administrator of the
Estate of PETER BERKOSKI, deceased, and
SUZANNE BERKOSKI, individually
1225 Franklin Avenue

2

              Suite 450
              Garden City, NY 11530
              (516) 880-9700

TO: Robert W. Schumacher
   United States Attorney
   Eastern District of New York
   610 Federal Plaza
   Central Islip, New York 11722
   Telephone (631) 715-7871
   Facsimile (631) 715-7920
   Email: Robert.schumacher@usdoj.gov