*Berkoski v. United States*, CV-16-1689
**Stipulation and Order**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUZANNE BERKOSKI, as Administratrix of Peter Berkoski, deceased, and Suzanne Berkoski, individually,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 16-cv-01689 (SJF)(ARL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Suzanne Berkoski, as Administratrix of Peter Berkoski, deceased ("Plaintiff") and defendant the United States of America ("Defendant") that Plaintiff's claims in this action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: Garden City, New York
       May 18, 2018

                                            DELL & DEAN, PLLC

                                      /s/
                                      Kristen N. Sinnott
                                        Dell & Dean, PLLC
                                        1255 Franklin Avenue, Suite 450
                                        Garden City, New York 1153
                                        (516) 880-9700
                                        ksinnott@d2triallaw.com

*Berkoski v. United States*, CV-16-1689
**Stipulation and Order**

Dated: Central Islip, New York
   May 18, 2018

              RICHARD P. DONOGHUE
              United States Attorney
              Eastern District of New York
              Attorney for Defendant
              610 Federal Plaza
              Central Islip, New York 11722


         By:  s/*Robert W. Schumacher*
             ROBERT W. SCHUMACHER
             Assistant United States Attorney
             (631) 715-7871
             Robert.Schumacher@usdoj.gov


SO ORDERED this ____ day of _____, 2018:

_____
HONORABLE SANDRA J. FEURSTEIN
UNITED STATES DISTRICT JUDGE